**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7615**

---

GREGORY L. SMITH, a/k/a Sharrieff El-Shabazz,

Plaintiff - Appellant,

versus

HELEN F. FAHEY, Chairman of the Virginia
Parole Board, in her individual and official
capacities; DAVID N. HARKER, Vice Chairman,
Virginia Parole Board in his individual and
official capacities; GENE M. JOHNSON, Director
of the Virginia Department of Corrections, in
his individual and official capacities;
DORIS L. EWING, Manager of the Court & Legal
Services Unit of the Virginia Department of
Corrections, in her individual and official
capacities,

Defendants - Appellees.

---

**No. 05-7616**

---

ANTONIO A. ANTHONY,

Plaintiff - Appellant,

versus

HELEN F. FAHEY, Chairman of the Virginia
Parole Board, in her individual and official

capacities; DAVID N. HARKER, Vice Chairman
Virginia Parole Board, in his individual and
official capacities; GENE M. JOHNSON, Director
of the Virginia Department of Corrections, in
his individual and official capacities;
DORIS L. EWING, Manager of the Court & Legal
Services Unit of the Virginia Department of
Corrections, in her individual and official
capacities,

                                    Defendants - Appellees.

————————————

**No. 05-7617**

————————————

ANTHONY DENARO FREEMAN,

                                    Plaintiff - Appellant,


        versus


HELEN F. FAHEY, Chairman of the Virginia
Parole Board, in her individual and official
capacities; DAVID N. HARKER, Vice Chairman
Virginia Parole Board, in his individual and
official capacities; GENE M. JOHNSON, Director
of the Virginia Department of Corrections, in
his individual and official capacities;
DORIS L. EWING, Manager of the Court & Legal
Services Unit of the Virginia Department of
Corrections, in her individual and official
capacities,

                                    Defendants - Appellees.


————————————

Appeals from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior
District Judge. (CA-05-52-2)

————————————

Submitted: March 23, 2006           Decided: March 29, 2006

———————————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gregory L. Smith, Antonio A. Anthony, Anthony Denaro Freeman, Appellants Pro Se. Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory L. Smith, Antonio A. Anthony, and Anthony Denaro Freeman appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Smith v. Fahey</u>; <u>Anthony v. Fahey</u>; <u>Freeman v. Fahey</u>, No. CA-05-52-2 (E.D. Va. filed Sept. 6, 2005 & entered Sept. 7, 2005). We also deny Appellants' motion for reconsideration of their request to consolidate the filing fee. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>